# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D19-1102

————————————————

TIMOTHY JEROME LOWE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Belated Appeal—Original Jurisdiction.

June 28, 2019

PER CURIAM.

The petition for belated appeal is denied as untimely. *See* Fla. R. App. P. 9.141(c)(5)(A).

ROWE, MAKAR, and KELSEY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Timothy Jerome Lowe, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.